# Declaration Of Service

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:12CV01349 |
|---|---|
| DEFENDANT<br>Terry S. Johnson, in his official capacity as Alamance County Sheriff | TYPE OF PROCESS<br>Personal Service: Serve Summons, Complaint, and Notice of Right to Consent |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Sheriff Terry S. Johnson |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>109 South Maple Street, Graham, NC 27253 |

**SPECIAL INSTRUCTIONS:**

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below.)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| ADDRESS (complete only if different from above) | Date of Service | Time ___ am pm |
| 310 S. MAIN ST. GRAHAM N.C. | 2 JAN 2013 | 0540 HRS |

I declare that I am not a party to the above-entitled action and I am not less than 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

I.D. # John W. Callicutt  
NCPIC # 3215

Signature: R. W. Callicutt

Position: President

Company: Walton Investigations, Inc.

Address: P.O. Box 4033  
Greensboro N.C. 27404

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed | Amount of Refund |
|---|---|---|---|---|---|---|
| $100.00 | N/A | N/A | $100.00 | N/A | $100.00 | |

**REMARKS:**

Civil Action No. 1:12-cv-01349

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sheriff Terry S. Johnson

was received by me on *(date)* 12/30/12 .

☑ I personally served the summons on the individual at *(place)*

310 S. Main St, Graham, N.C.                on *(date)* 2 Jan 2013, 0540 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 1/2/13 _____

_____
*Server's signature*

John W Callicutt President
*Printed name and title*


P.O. Box 4033 Greensboro NC 27404
*Server's address*

Additional information regarding attempted service, etc: