UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
File No. 1:12-CV-1349

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| TERRY S. JOHNSON, in his official | ) | |
| capacity as Alamance County Sheriff, | ) | |
| Defendant. | ) | |

_____

I, S. C. Kitchen, hereby certify that on October 8, 2013, I filed Exhibit B – E-mail and Exhibit C – Letter under seal with the U.S. District Court's electronic Filing (ECF) system, and further that I served a copy of the foregoing documents on the counsel in this action by e-mail:

    Michael Songer
    U. S. Department of Justice
    950 Pennsylvania Ave., N.W.
    Washington, DC 20530
    Email: Michael.Songer@usdoj.gov

    Aaron S. Fleisher
    U. S. Department of Justice
    950 Pennsylvania Ave., N.W.
    Washington, DC 20530
    Email: aaron.fleisher@usdoj.gov

This the 9th day of October, 2013.

                                              Turrentine Law Firm, PLLC

                                              by: /s/ S. C. Kitchen
                                              S. C. Kitchen
                                              NC Bar No. 9309
                                              920-B Paverstone Dr.
                                              Raleigh, NC 27615
                                              Telephone:   (888) 308-3708
                                              Fax:            (888) 308-3614
                                              Email: ckitchen@turrentinelaw.com