IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| |
|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff;<br><br>      v.<br><br>TERRY S. JOHNSON, in his<br>official capacity as Alamance<br>County Sheriff,<br><br>              Defendant. |

1:12-cv-1349

**ORDER**

This matter is before the court on the Motion to Stay filed by the United States of America. (Doc. 37.) The motion is opposed. (Doc. 43.)

Based on the representations to the court, the court finds that a failure to grant the stay would moot the relief sought by the United States even if it were to prevail on the merits.

IT IS THEREFORE ORDERED that the motion to stay is GRANTED to allow sufficient time for the court to consider the merits of the Motion for Reconsideration (Doc. 36) filed by the United States.

                                    /s/   Thomas D. Schroeder
                                    United States District Judge

October 10, 2013