IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff;<br><br>   v.<br><br>Terry Johnson, in his official capacity as Alamance County Sheriff,<br><br>               Defendant. | No. 12-cv-1349<br><br>NOTICE OF INTENT TO FILE DISPOSITIVE MOTION |

## **NOTICE OF INTENT TO FILE DISPOSITIVE MOTION**

The United States, pursuant to Local Rule 56.1(a), hereby gives notice of intent to file a dispositive motion in the above-named case.

This 4th day of February, 2014.

                                                      Respectfully submitted,

                                                      JONATHAN M. SMITH
                                                      Chief, Special Litigation Section

                                                      TIMOTHY D. MYGATT
                                                      Special Counsel
                                                      Special Litigation Section
                                                      Civil Rights Division

                                                      */s/ Michael J. Songer*
                                                      MICHAEL J. SONGER
                                                      DC Bar Number: 975029
                                                      AARON FLEISHER
                                                      Attorneys

United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Tel: (202) 514-6255
Fax: (202) 514-4883
michael.songer@usodj.gov

# CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Intent to File a Dispositive Motion was served through the electronic filing service on February 4, 2014 to the following individual:

S.C. Kitchen
Turrentine Law Firm
920-B Paverstone Dr
Raleigh, NC 27615
ckitchen@turrentinelaw.com


Attorney for Defendant Sheriff Johnson


*s/ Michael J. Songer*
MICHAEL J. SONGER
Attorney for the United States