IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

------------------------------------

UNITED STATES OF AMERICA,

    Plaintiff,

v                                   No. 1:12-CV-1349

TERRY S. JOHNSON, IN HIS OFFICIAL
CAPACITY AS ALAMANCE COUNTY SHERIFF

    Defendant.

------------------------------------


DEFENDANT'S EXHIBIT B

Deposition
of

BRIAN ALLEN


In Greensboro, North Carolina
Wednesday, June 19, 2013
8:56 a.m.


Reported by:

Victoria L. Pittman, BA, CVR-CM-M
for Margaret Powell, CVR-M
Certified Verbatim Reporter
(919) 779-0322

```
 1   things about if a person doesn't have identification,
 2   you should take them to jail.  Right?
 3        A    Yes.
 4        Q    Have you ever heard the sheriff say that if a
 5   deputy stops a car driven by a Mexican, the deputy
 6   should take the person to jail and not just cite him?
 7        A    No.
 8        Q    To your knowledge, has the sheriff ever
 9   indicated that he would prefer Hispanic drivers be
10   arrested for traffic violations?
11        A    No, I haven't -- not just singling out the
12   Hispanics.
13        Q    Have you ever heard other officers talk about
14   that?
15        A    Not to my knowledge.
16        Q    Have you ever heard anyone in the command
17   staff say anything like that?
18        A    No.
19        Q    Have you ever heard other ACSO officers make
20   comments about getting Mexicans or Hispanics or
21   arresting them?
22        A    No, not the ones I've been around.  Like I
23   said, you know, we have -- there's a lot of people, a
24   lot of patrol officers there, and I just basically deal
25   with mine.  And I know what mine do, and I knew what
```

```
 1  they say and how they work.  And mine haven't, and to
 2  my knowledge, I haven't heard of anybody else saying
 3  that.
 4       Q    Do you know other officers who have a
 5  reputation for liking traffic enforcement work?
 6       A    I'm sure I could probably name some that like
 7  it.
 8       Q    Who enjoys it?
 9       A    Well, of course, the traffic team.
10       Q    Who is on the traffic team now?
11       A    Brandon Wilkerson is the sergeant.  And Sam
12  Ray.  I think that's the only two.
13       Q    How long have they been on the traffic team?
14       A    I don't know, but it's been a while.
15       Q    What about other deputies not on the traffic
16  team?
17       A    Well, there's others in the department that I
18  understand are proactive in traffic.
19       Q    Who might those be?
20       A    Let's see.  Probably -- I know Amanda McGill
21  because she stops everything that's rolling.  Of
22  course, that's -- we won't go into that.  That's
23  personal.
24            Her.  I know -- let's see -- Troy Anthony;
25  when he was on my shift, he was proactive in traffic.
```

```
 1  to stop someone, like, at the beginning of the shift
 2  and then going through 12 hours of doing everything
 3  else, and they just forget.
 4       Q    Sure.
 5            Have you ever worked in the special
 6  operations unit?
 7       A    No.
 8       Q    We were talking about the chain of command.
 9            Has the sheriff ever just talked to you
10  one-on-one?
11       A    No.
12       Q    Never?
13       A    No.  I don't talk to him.  I mean, I'm being
14  honest; I just don't talk to them.
15       Q    Sure.
16            What about passing you in the hallway?
17       A    That's about the only time.
18       Q    Has the sheriff ever passed you in the
19  hallway around the time of a shift change and said to
20  you, "Go out there and catch me some Mexicans"?
21       A    I don't think so.  Because he'd be wasting
22  his breath if he told that to me.  Because I -- I don't
23  recall him ever saying that because, like I said, I
24  don't have very many interactions with him.
25       Q    Occasionally, he passes you in the hallway
```

```
 1  and will make certain comments?
 2      A    Oh, I'm sure he does.
 3      Q    What comments has he made?
 4      A    I mean, just other than general conversation?
 5  I mean, that's basically it because like I said, I'm
 6  never around him.  I go to the office in the mornings
 7  or in the evenings when I start, and I don't come back
 8  until at the end of the shift.
 9      Q    Do you remember anyone ever discussing with
10  you a comment such as "Go out there and catch me some
11  Mexicans"?
12      A    I don't think so.
13      Q    Do you remember discussing a comment like
14  that with anyone else?
15      A    The only thing that I can actually recall --
16  and I don't know when it was -- that he said that
17  because of the 287(g) and the marshals service, that
18  the County was making money off of it.
19           And to me, I mean, that's kind of strange,
20  strange way to make money.  But, I mean, that's
21  basically -- I mean, if he has, I don't remember.  And
22  that's the God's honest truth.  Because like I said,
23  I'm not around him much, and that's my choice.
24      Q    Do you know what he meant about making money
25  off of them?  What does that mean?
```