

## PUBLIC REPORT BURLINGTON POLICE DEPARTMENT

Monday, January 10, 2011, around 5:10 p.m. I was parking, on 1616 S. Mebane Street "Willow Apartments" in Burlington, driving a Jeep Grand Cherokee 1999, gray, when I was trying to open my car door. I saw two police cars and a black van who was behind my car and immediately a tall white, fit looking officer got out his gun and pointed it at me and with a really strong voice said " don't move or I will shoot". I asked "What Happen? Do you want my driver license? " He scream at me again "If you move I kill you" he got closer to my car and he said "get out of the car very slowly; He was standing proximally one meter (40 inches) in front of me, but with the gun on my chest, the officer screaming Do you have guns? Do you have drugs? Where is your partner? Who are you? Where are you coming from? I was scared because I saw that the police officer was very nervous. His hand was shaking and I answered "I am coming from work; from Hillsborough, I work for the government. I am a good person, I don't know why you are doing this," he asked me "are you driving by your self or is some one else in your car? I said, "I am driving alone," in the mean time, the other police officer in uniform and another officer (Hispanic) with out uniform was checking my car. The police officer with the gun on me said very sarcastic "I guest you are caring a ID or driver license"; I said "off course" and I try to get my purse, but he put the gun on my hand and said "Don't touch it, because you have a gun; well he checked and he did not find any guns" He asked me "Where is your driver license" I said it is in my wallet, you can have it and you also checked every thing else because I do not have anything to hide. He took my business card (NC State University) and he asked me "do you work here? I started crying suddenly because I started to have pain in my chest and I begged him "Please don't do this to me, I am sick, I have problems with my heart and I can have a heart attack; please can you explain me what's going on? "



Then the police officer put his gun down and he told me 'I don't want to kill you. We are looking for a women who's is driving a gray jeep and she has a passenger and they just shoot a man at the gas station around here". I answered " I am not that women, I pass by that gas station everyday, today I saw five police cars; and I also saw a men on the ground. I wait two minutes for the traffic light and the police officer saw me, but they did not asked me anything. The police officer them asked me again "what are you doing here? I answered, " I am coming to pick-up my eight years old daughter who is staying with my older daughter in the apartment 90.' He said, "I will call you and we will investigate and you may go."

I felt a chest pain and I started crying again. The other police officer offered to call the paramedic, but I said "No " and I went to my daughters' apartment; where I had a terrible nervous attack, which was caused by the abuse and insult from the police officer.

The same night in my apartment (2014 Trail Two 8J, Burlington, NC) I felt very sick again; with chest pain and breathing problems. I dialed 911 and ask for some one in Spanish speaking, they transfer me two times and the last one told me " There is no one who speak Spanish. If you don't speak English, I am not going to help you" In my upset voice (because I was crying) I gave my address and I requested a doctor. Ten minutes later they arrived and they provided me with electrocardiogram. Fortunately I was fine but my blood pressure was very high, and also I had a high fever. They recommended taking clonazepan to control my anxiety.

## Tuesday, January 11, 2011

Around noon, I went with my daughters, Michelle Guevara, 8yrs, old, and Ledoska Mejia 19 years old, to the police station located on Front Street, Burlington, NC, I asked for the boss oh the department, Mr. Williams. They told me that he was busy, so I ask for detective Sanchez, to help me and I start to tell him the incident. A female who works in public rights got in the conversation and she started telling me that's the police's job; and they do what ever they have to do and nothing was wrong. I explained to them that I am a sick lady and with that incident I could have died. The lady answered me: "The police department does not care at all and they can put the gun to any citizens and shoot them because they are looking for criminals" She claim: Yesterday we stopped around fifty suspicious drivers, every one in the same manner as you were and now your are the only one who is complaining; Sorry, but that is the rules. If the police have to ill some one they are just doing their job." During the conversation a Hispanic female, approached and said :I am Mr. Williams assistant and she said in Spanish, "Look lady if some one killed my daughter, officers have to stop as many as they want and they can abuse as many as they can because they have to get the killer" I responded the police mission is to protect the community, not cause panic in the citizens, Based on those illogical answers, I stated felling sick again and they end up calling the paramedics because I might have a heart attack. The paramedics check me and they told me that I need to go to the hospital, because my heart was beating too fast. I left to go to UNC emergency room located in Chapel Hill, where they gave me treatment. I left the hospital around 8 p.m. the following day I had appointment to see my regular Doctor, Gayle Thomas, at Piedmont Community Health, in Carrboro; she gave me a disability and gave new prescriptions.

In November 2010, the police had a raid on Church Street Burlington, NC. A white, police officer ask for my driver license. I gave it to him and he checked and he shined a light in my face with a lamp a few times. He accused me that I stole the driver license because the picture on the drive license was that a beautiful women and he said "you are ugly" and also he asked me if I was drugged or drunk, I said "no", I have 2 little girls with me in the car" so he shined the light on them and saw it; I said if you doubt me why don't you give me the alcohol test? but he didn't do it. He took the driver license and a few minutes later he came back and gave it back to me." your driver license is good, but I will arrested you and I will put you in that immigration bus, because your stole this drivers license! I show him others IDs (bank card who has my picture on it) and later I gave him my work ID from Orange County. When he saw it he asked Do you work for the government? I answered "Yes" so he just said " OHH" you may go. There is no problem. As soon he said that I asked him what is your name? I need your name because I will reported this incident. The police officer ran. One of his co-workers approached me and said, "My co-worker said that you need to leave, everything is fine, I asked him what is your co-worker's name? and he in said " if you don't leave then you will have problems"; I left to go to the gas station, Great Stops, where the Immigration bus was parked. I ask to speak to the leader of the raid, when an officer heard my version and said, "We are doing our job" I couldn't get the name of the disrespectful officer. In the mean time I saw an officer arrested a Hispanic who did not speak English, I got in the conversation-he is not driving, Why are you taking him? The officer said, "Because he does not speak English" the arrested was with a friend and he begged the police officer not to arrest his friend. The boss of the raid was informed of the problem but he did not care at all.

My name is Suyapa Mejia Guevara, I have been working for NC State University since 2003 to the present; I have a nutrition program for low-income families in Orange County.

Twenty years ago I had a heart attack and years later I had a little stroke. I am under treatment for Hypertension, diabetics and my heart.

I worked very hard every day. I love to help families with low income and now I am doing this report, because I feel and I know the police department from Alamance forgot their promised, mission to protection our community and the answers from Public Relation were unprofessional, no ethics at all. They are just abusing their power because they are the authority of the community.

I would like for my problems to be heard at the same time you are helping my people and my community. We can have a better police department and we can thrust and count on them, and feel protect. Now every time that I see a police car I get panic and nervous, sweat because they abused me. Alamance Police Department wears their uniform to intimidate our society, and with that uniform and a gun, they think or they assume that they can kill innocent people.

I am writing this report because I believe that my words will be heard and there will be some action about this incident. I think they are many more like me. I believe in God he is the only one who I trust.

I have witness, and also original documents, don't hesitate to call me.

This is my nation; United States is my country, the most beautiful place. Protect our nation, our kids with respect and be loyalty to each other; please save our community and stop abusing innocent people. Together we can build a better place to live and a safe county in which we can trust our police department.

Thanks,

SUYAPA MEJIA GUEVARA
2014 Trail Two Apt.8J
BURLINGTON NC. 27215
Phone ( 919) 612-6047

JANUARY 20, 2011


Copy: U.S. Department of Justice
Copy: Governor Perdue
Copy: NC Justice Center
Copy: ACLU-NC
Copy: Southern Coalition for Social Justice
Copy: American Immigration Lawyers Association
Copy: Univision News Spanish channel
Copy: CNN News English Channel