IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

United States of America,

    Plaintiff;

v.

Terry S. Johnson, in his official capacity as Alamance County Sheriff,

    Defendant.

No. 1:12-cv-1349

# EXHIBIT 6

## MAGISTRATE'S ORDER - MISDEMEANOR ONLY

The named defendant has been arrested without a warrant and there is probable cause for the defendant's detention on the stated charges. This Magistrate's Order is issued upon information furnished under oath by the named officer. A copy of this Order has been delivered to the defendant.

| Date | Signature Of Magistrate/Deputy/Assistant/CSC |
|---|---|
| | |

### COURT USE ONLY

| District Attorney | Attorney For Defendant At Time Of Trial Or Plea | | PRIOR CONVICTIONS: |
|---|---|---|---|
| Coker | Riktas | ☐ Appointed ☑ Retained ☐ Waived | No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+) |

**PLEA:** ☑ guilty/resp. ☐ no contest  80/65
☐ guilty/resp. ☐ no contest
☐ not guilty/resp.

**VERDICT/FINDING:** ☑ guilty/resp.  80/65
☐ guilty/resp.
☐ not guilty/resp.

MISD. CLASS: ☐ A1 ☐ 1 ☐ 2 ☐ 3
MISD. CLASS: ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ V/D

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict/finding, it is ORDERED that the defendant: ☐ pay costs and a fine/penalty of $ 50.00. ☐ be imprisoned for a term of _____ days in custody of the sheriff. Pretrial credit _____ days served. ☐ The Court finds that a ☐ longer ☐ shorter period of probation than specified in G.S. 15A-1343.2(d), is necessary. ☐ Execution of sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the regular conditions of probation and the following: ☐ (1) pay costs and a fine/penalty of $ _____; ☐ (2) not operate a motor vehicle until properly licensed by DMV; ☐ (3) complete _____ hours of community service within _____ days and pay the fee; ☐ (4) Other: _____

VDWL 4-20-12 (FM)   **FTA**

☐ It is ORDERED that: ☐ Judgment is continued upon payment of costs. ☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____
☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
☐ The defendant in open court, gives notice of appeal to the Superior Court. ☐ The current pretrial release order is modified as follows: _____

| Date 9/31/12 | Signature Of District Court Judge | I certify that this Judgment is a true copy. | Date | Signature Of Deputy/Assistant/CSC |

---

### NORTH CAROLINA UNIFORM CITATION

File No. 5783035-2

**THE STATE OF NORTH CAROLINA VS.**

Name Of Defendant: Yesenia Cruz-Cruz
Address: 301 W Trinity Ave Apt 1
City: Durham  State: NC  Zip: 27703
Driver's License No.: [illegible]  State: Mex.  CDL: ☐  Class: D
Race: Hisp  Sex: F  Date Of Birth: 12-16-83
Social Security No. Of Defendant: _____  Telephone No.: _____
Vehicle License No.: HPQ-305  State: _____
Vehicle Type: P  Trailer Type: _____  CMV ☐  Haz. Mat. ☐  Make: [illegible]  Year: 95

Defendant Is To Appear In District Court: Durham N.C.
Day Of Week: Monday  Month: 04  Day: 30  Year: 2012  Time: 2:00 ☐ AM ☑ PM
☑ D.L.  ☐ D.C.I.  ☐ Other  No. Of Charges: 00

Date of Arrest & Check Digit No. (As Shown On Fingerprint Card): _____
Name And Telephone No. Of Defendant's Employer: _____

**ACKNOWLEDGMENT/NONRESIDENT PERSONAL RECOGNIZANCE FOR APPEARANCE**
I acknowledge receipt of this Citation ☐ and I promise to appear in the named court at the time and place designated herein to answer the charge(s). I understand that my failure to appear or to dispose of this Citation by other acceptable legal means, such as waiver, will result in my operator's license issued by my state of residence being suspended until I have done so. Also, I may go before a magistrate and make bail in lieu of my personal recognizance.

Date _____  Signature Of Defendant _____

**DEPARTMENTAL USE ONLY**

Officer: D.K. Saucier  No. 9542  Troop: D5  District: 5
Ship Code: ☐ N.C. Patrol
Area: 65  Wea: C  Vis: C  Traffic: NO  Accident: NO  Speed: P-80  Police/Sheriff: _____
On Highway No./Street: I-40
In Vicinity/City Of: Durham
Wit: _____  Chemical Analyst: _____
☐ At/Near Intersection
☐ Injury Or Serious Injury
☐ Passenger(s) Under 16
☐ Refused
AC: _____

---

### STATE OF NORTH CAROLINA, _____ County

The undersigned officer has probable cause to believe that on or about _____, in the named county, the named defendant did unlawfully and willfully operate a (motor) vehicle on a (street or highway) (public vehicular area) _____ (G.S. _____) (i.e., the _____ day of _____

☑ 1. At a speed of 80 MPH in a 65 MPH zone. G.S. 20-141.
☐ 77. _____ work zone. G.S. 20-141(j2). 88. ☐ school zone. G.S. 20-141.1.
☐ 2. In forward motion without having the provided seat belt properly fastened about the defendant's body. G.S. 20-135.2A.
☐ 3. By transporting a passenger of less than 16 years of age without having the passenger in a (weight appropriate child passenger restraint system) (seat belt). G.S. 20-137.1.
☐ 4. By transporting a child of less than five years of age and less than 40 pounds in weight without the child being secured in the rear seat, when the vehicle was equipped with an active passenger-side (front air bag and the vehicle had a rear seat). G.S. 20-137.1(a1).
☐ 5. While subject to an impairing substance. G.S. 20-138.1.
☐ 6. Without being licensed as a driver by the Division of Motor Vehicles of North Carolina. G.S. 20-7(a).
☐ 7. While the defendant's drivers license was revoked. G.S. 20-28.
☐ 8. While displaying an expired registration plate on the vehicle knowing the same to be expired. G.S. 20-111(2).
☐ 9. Without displaying thereon a current approved inspection certificate, such vehicle requiring registration in North Carolina. G.S. 20-183.8.
Month Expired _____
☐ 10. By failing to see before (starting) (stopping) (turning from a direct line) that such movement could be made in safety. G.S. 20-154.
☐ 11. By failing to stop at a duly erected (stop sign) (flashing red light). G.S. 20-158(b)(1), (b)(3).
☐ 12. By entering an intersection while a steady-beam traffic signal was emitting a red light for traffic in defendant's direction of travel. G.S. 20-158(b)(2).
☐ 13. Without having in full force and effect the financial responsibility required by (registered) (required to be registered) in this State. G.S. 20-313.
☐ 14. (Possess an open container of) (Consume) an alcoholic beverage in the passenger area of a motor vehicle. G.S. 20-138.7(a1). **NOTE:** Strike 'operate a (motor) vehicle" and "(public vehicular area)" above.]
☐ 15. Without decreasing speed as necessary to avoid colliding with a (vehicle) (person). G.S. 20-141(m).
☐ 16. _____
☑ 17. And on or about the date and time shown above in the named county, the named defendant did unlawfully and willfully operate a (motor) vehicle on a (street or highway) (public vehicular area) _____ [handwritten charges]

Date _____  Signature Of Officer _____

This _____ 2-27-14 _____
A TRUE COPY OF THE ORIGINAL
_____ D.C.C.

```
ALAMANCE COUNTY CLERK OF COURT

S154473      03/29/13  15:21:24

PAYOR: CRUZ-CRUZ,YESENIA
PAYEE:
CASE#: 11CR 007240 VCAP:N
CITA#:

22210 CO FAC FEE D CR           12.00
22500 CO OFFICER FEES             5.00
22700 FINES                      50.00
24450 DC MISD CONFINE            18.00
21210 DC-CRIM FEES              127.65
21212 DC-CR LAW FEES              2.45
21700 LEOB Name - ST              7.50
21705 LEO TRNG & CERT             2.00
24681 JUD TECH & FAC              4.00
21820 VEHICLE VIO FEE            10.00
21810 INSTALL PLN FEE            20.00

                NAME PAID       258.00
                CA TENDERED     300.00
                CHANGE           42.00

7259   ID C00088
```

WITNESSES

Name _____ Address _____ Phone _____

Name _____ Address _____ Phone _____

Name _____ Address _____ Phone _____

# NORTH CAROLINA UNIFORM CITATION - COURT COPY

**STATE OF NORTH CAROLINA** Alamance County District Court  
File No. 2012CR 702171  
Citation No. F322217

TO THE DEFENDANT NAMED BELOW: You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this citation carefully.

## YOUR COURT DATE AND LOCATION

| Court Day | Date | Time | Court Location | Courtroom | Agency Case Number |
|---|---|---|---|---|---|
| Fri | 05/11/2012 | 02:00PM | CRIMINAL CT BLD 1 | CRMB | |

## THE STATE OF NORTH CAROLINA VS.

| Drivers License No. | State | Source | Name Of Defendant | | Race |
|---|---|---|---|---|---|
| 0000000 | NC | DL | CRUZ, YESENIA CRUZ | | Hispanic |

| CDL | Class | Address | Gender |
|---|---|---|---|
| No | C | 607 LINWOOD AVE | Female |

| Social Security No. | City | State | Zip | Date Of Birth | Age |
|---|---|---|---|---|---|
| | DURHAM | NC | 27702 | 12/16/1983 | 28 |

## CHARGING OFFICER INFORMATION

| Date | Signature Of Officer | No. | Law Enforcement Agency | Troop/Squad | District/Zone |
|---|---|---|---|---|---|
| 04/10/2012 | Trp. J B CHINNICI | 1884 | STATE HIGHWAY PATROL | D | 5 |

## WHAT YOU ARE CHARGED WITH

The officer named below has probable cause to believe that on or about ~~Tuesday~~ the ~~10~~ day of ~~April~~ ~~2012~~ at ~~10:35AM~~ in the county named above you did unlawfully and willfully

OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY AT A SPEED OF 80 MPH IN A 65 MPH ZONE. (G.S. 20-141(B))

and on or about Tuesday the 10 day of April, 2012 at 10:35AM in the county named above you did unlawfully and willfully

OPERATE A MOTOR VEHICLE ON A STREET OR ~~HIGHWAY~~ WITHOUT BEING LICENSED AS A DRIVER BY THE DIVISION OF MOTOR VEHICLES OF NORTH CAROLINA. (G.S. 20-7(A))

## YOUR VEHICLE

| Vehicle License No. | State | Trailer Type | CMV | Vehicle Type | Vehicle Make | Year | Haz. Mat. |
|---|---|---|---|---|---|---|---|
| HHQ305 | SC | | No | Passenger (2 or 4-Door Sedan) | Nissan | 2003 | No |

## OTHER INFORMATION

| Area | Weather | Visibility | Traffic | Accident | Speed | On Highway No/Street |
|---|---|---|---|---|---|---|
| Business | Clear | Clear | Medium | No | L 80 S | I 40 |

| | SHP Code | In Vicinity/City Of | At/Near Intersection |
|---|---|---|---|
| ☐ Injury or Serious Injury ☐ Passengers Under 16 | 01 | GKN | 152 |

## WITNESSES

## OFFICER COMMENTS

I WAS LIDAR SB AT 152. WHITE SENTRA AT HIGH RATE +1...HAD NO LIC OR ID JUST A CREDIT CARD....

## COURT USE ONLY

District Attorney: ARM  
Attorney For Defendant At Time Of Trial Or Plea: ROSSI ☒ Retained

PRIOR CONVICTIONS No./Level: 0

PLEA: guilty/resp.  
VERDICT/PENDING: PJC

JUDGMENT: ...

ubwL 10/12/12 cn    FTC    FTA

It is ORDERED that this: ☒ Judgment is continued upon payment of costs.

Date: 2-27-13  Signature Of District Court Judge

A TRUE COPY OF THE ORIGINAL  
This 2-27-14  
Deborah _____, D.C.S.C.

AOC-CR-500 (eCITATION®), Rev. 9/11 (Structured Sentencing), © 2011 Administrative Office of the Courts

# MAGISTRATE'S ORDER - MISDEMEANOR ONLY

The named defendant has been arrested without a warrant and there is probable cause for the defendant's detention on the stated charges. This Magistrate's Order is issued upon information furnished under oath by the named officer. A copy of this Order has been delivered to the defendant.

Date: 4-24-12
Signature Of Magistrate/Deputy/Assistant/CSC: [signature]

## COURT USE ONLY

District Attorney: BB
Attorney For Defendant: [signature] Hys
Trial Or Plea: ☐ Appointed ☐ Retained ☐ Waived

**PRIOR CONVICTIONS:** No./Level: 0  ☐ I (0) ☐ II (1-4) ☐ III (5+)

PLEA: ☐ guilty/resp. ☐ no contest
      ☐ guilty/resp. ☐ no contest
      ☐ not guilty/resp.

VERDICT/FINDING: ☐ guilty/res ☐ guilty/resp. ☐ not guilty/resp.

MISD. CLASS: ☐ A1 ☐ 1 ☐ 2 ☐ 3
MISD. CLASS: ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ V/D

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict/finding, it is ORDERED that the defendant:
- pay costs and a fine/penalty of $_____ be imprisoned for a term of _____ days in custody of the sheriff. Pretrial credit _____ days served. ☐ The Court finds that a longer ☐ shorter period of probation than specified in G.S. 15A-1343.2(d) is necessary. ☐ Execution of sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the regular conditions of probation and the following: ☐ (1) pay costs and a fine/penalty of $_____; ☐ (2) not operate a motor vehicle until properly licensed by DMV; ☐ (3) complete _____ hours of community service within _____ days and pay the fee; ☐ (4) Other: _____

FTC

It is ORDERED that this: ☐ Judgment is continued upon payment of costs. ☐ case be consolidated for judgment with _____ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

☐ The defendant in open court, gives notice of appeal to the Superior Court. ☐ The current pretrial release order is modified as follows: _____

Date: 2-1-? Signature Of District Court Judge: [signature]

I certify that this Judgment is a true copy. Date _____ Signature Of Deputy/Assistant/CSC _____

---

File No. 12CR52374
C 2006392-8

## NORTH CAROLINA UNIFORM CITATION

### THE STATE OF NORTH CAROLINA VS.

Name Of Defendant: Yesenia Cruz-Cruz
Address: 411 E Pilot St #81
City: Durham  State: NC  Zip: 27707
Drivers License No.: 316 70532  State: NC  CDL: ☐  Class: 1D
Social Security No. Of Defendant: _____
Race: H  Sex: F  Date Of Birth: 12-16-83  Age: _____
Vehicle License No.: HHQ-305
Vehicle Type: P  Trailer Type: _____  CMV ☐  Haz. Mat. ☐  Make: NISS  Year: 95
Name And Telephone No. Of Defendant's Employer: _____
Date Of Arrest & Check Digit No. (As Shown On citation): 4-24-12 KG-7928-1

**ACKNOWLEDGMENT/NONRESIDENT PERSONAL RECOGNIZANCE FOR APPEARANCE**
I acknowledge receipt of this Citation ☐ and I promise to appear in the named court at the time and place designated herein to answer the charge(s). I understand that my failure to appear or to dispose of this Citation by other acceptable legal means, such as waiver, will result in my operator's license issued by my state of residence being suspended until I have done so. Also, I may go before a magistrate and make bail in lieu of my personal recognizance.

Signature Of Defendant: _____

### DEPARTMENTAL USE ONLY

Date: 4-24-12
Officer: S.E. Ray
SHP Code: ☐ N.C. Patrol ☒ Alamance Co.  No. 825  Troop: C  District: _____
Area: OC  Wea.: C  Vis.: C  Traffic: M  Accident: No  Speed: A-65  Police/Sheriff: _____
On Highway No./Street: 1-85/40 S
In vicinity/City Of: Graham
Wit.: _____  Chemical Analyst: _____  At/Near Intersection: Exit 145  ☐ Injury Or Serious Injury ☐ Passenger(s) Under 16  ☐ ☐ Refused  AC _____

ORIGINAL-COURT COPY

---

## STATE OF NORTH CAROLINA, Alamance County

The undersigned officer has probable cause to believe that on or about the 24 day of April, 2012, in the named county, the named defendant did unlawfully and willfully operate a (motor) vehicle on a (street or highway) (public vehicular area), at a speed of _____ MPH in a _____ MPH zone, G.S. 20-141.1.

☐ 1. At a speed of _____ MPH in a _____ MPH zone. G.S. 20-141(j2). ☐ work zone, G.S. 20-141.1. ☐ school zone, G.S. 20-141.1.
☐ 2. In forward motion without having the provided seat belt properly fastened about the defendant's body. G.S. 20-135.2A.
☐ 3. By transporting a passenger of less than 16 years of age without having the passenger in a (weight appropriate child passenger restraint system) (seat belt). G.S. 20-137.1.
☐ 4. By transporting a child of less than five years of age and less than 40 pounds in weight without the child being secured in the rear seat, when the vehicle was equipped with an active passenger-side front air bag and the vehicle had a rear seat. G.S. 20-137.1(a1).
☐ 5. While subject to an impairing substance. G.S. 20-138.1.
☐ 6. Without being licensed as a driver by the Division of Motor Vehicles of North Carolina. G.S. 20-7(a).
☒ 7. While the defendant's drivers license was revoked. G.S. 20-28.
☐ 8. While displaying an expired registration plate on the vehicle knowing the same to be expired. G.S. 20-111(2).
☐ 9. Without (displaying) (having affixed) thereon a current approved inspection certificate) (having a current electronic Inspection authorization for the vehicle), such vehicle requiring inspection in North Carolina. G.S. 20-183.8. Month Expired: _____
☐ 10. By failing to see before (starting) (stopping) (turning from a direct line) that such movement could be made in safety. G.S. 20-154.
☐ 11. By failing to stop at a duly erected (stop sign) (flashing red light). G.S. 20-158(b)(1), (b)(3).
☐ 12. By entering an intersection while a traffic signal was emitting a steady red circular light for traffic in defendant's direction of travel. G.S. 20-158(b)(2).
☐ 13. Without having in full force and effect the financial responsibility required by G.S. 20-313.
☐ 14. (Possess an open container of) (Consume) an alcoholic beverage in the passenger area of a motor vehicle. G.S. 20-138.7(a1). [NOTE: Strike "operate a (motor) vehicle" and "(public vehicular area)" above.]
☐ 15. Without decreasing speed as necessary to avoid colliding with a (vehicle) (person). G.S. 20-141(m).
☐ 16. _____
☒ 17. And on or about the date and time shown above in the named county, the named defendant did unlawfully and willfully operate a (motor) vehicle on a (street or highway) (public vehicular area)

By following another vehicle more closely than is reasonable and prudent without due caution for the speed of such vehicles and the traffic upon the condition of the highway.
G.S. 20-152(a)

Date: 4-24-12
Signature Of Officer: [signature] S.E. Ray

VD for Comp.
9.21.12 BB

Case 1:12-cv-01349-TDS-JLW   Document 86-24   Filed 03/02/14   Page 5 of 6

ALAMANCE COUNTY CLERK OF COURT

S154479  03/28/13 15:53:39

PAYOR: CRUZ-CRUZ, YESENIA
PAYEE:
CASE#: 12CR 052374 VCAP:N
CIT#:

| Code | Description | Amount |
|---|---|---|
| 22210 | CO FAC FEE D CR | 12.00 |
| 22500 | CO OFFICER FEES | 5.00 |
| 21810 | INSTALL PLN FEE | 20.00 |
| 24450 | DC MISD CONFINE | 18.00 |
| 21210 | DC-CRIM FEES | 127.05 |
| 21212 | DC-CR LAA FEES | 2.45 |
| 21700 | LEOB & RF - ST | 7.50 |
| 21705 | LEO TRNG & CERT | 2.00 |
| 24481 | JUD TECH & FAC | 4.00 |
| 24322 | STATE-LANA FEE | 2.00 |
| 21820 | VEHICLE VIO FEE | 10.00 |
| 22600 | CO JAIL FEES | 10.00 |
| 21213 | DC-CR 20-FTC | 50.00 |

TOTAL PAID     270.00
CA TENDERED    300.00
CHANGE          30.00

7259  ID C000BB