# In The Matter Of:

*USA v.*

*Johnson*



---

*Rosales, Ms. Jessica Flores*

*February 18, 2014*

---

*Pace Reporting Service, Inc.*

*PO Box 252*

*Cary, NC 27512*

*919-859-0000*

Original File Rosales 2-18-14.prn

Min-U-Script® with Word Index

```
 1            weeks, three or four.

 2   Q        Did you review any documents in preparation for

 3            your deposition here today?

 4   A        (Through The Interpreter)  No.

 5   Q        Did you discuss this deposition with anyone?

 6   A        (Through The Interpreter)  No.

 7   Q        Have you discussed this case with anyone?

 8   A        (Through The Interpreter)  No.

 9   Q        Certainly you've discussed it with your lawyer?

10   A        (Through The Interpreter)  Yes.  And my daughter

11            only.  She knows some things, but--

12   Q        Okay.  Are we talking about this daughter or a

13            different daughter?

14   A        (Through The Interpreter)  Yes, she.

15   Q        Okay.  Do you recall being stopped by the Alamance

16            County sheriff on July 24th, 2011?

17   A        (Through The Interpreter)  Yes.  I don't remember

18            exactly the date, but yes.

19   Q        Do you remember if it was day or night?

20   A        (Through The Interpreter)  It was around five P.M.

21   Q        Okay.  So was it light outside?

22   A        (Through The Interpreter)  Yes.

23   Q        Can you tell us what happened?

24   A        (Through The Interpreter)  Well, what happened
```

1    since I took the car, I started the car, I got out

2    of the gas station.  Well, I--I got out of the gas

3    station, the police came after me, turned on his

4    lights.  And I stopped.

5  Q  So you were pulled over just outside of the gas

6    station?

7  A  (Through The Interpreter)  When I got out of the

8    gas station, I took the streets.  So the police

9    came after me.  I suppose he was waiting for me to

10   get out.  Well, and the area where he turned on his

11   lights, there's no place to stop so I stopped a

12   little ahead.

13 Q  Okay.  You said you supposed that he was waiting

14   for you to get out of the gas station.

15              So did you see him at the gas station?

16   Was the police officer at the gas station?

17 A  (Through The Interpreter)  Well, he wasn't in the

18   gas station.  He was at a parking lot of a church

19   that is right in front of the corner of the gas

20   station.  And when I got out, that's when he got

21   out.  I saw him.

22 Q  When you got out of where?

23 A  (Through The Interpreter)  When I went in to turn

24   on the car, I knew that he was there.

| | | |
|---|---|---|
| 1 | Q | Okay.  Okay.  I'm sorry.  Were you finished with |
| 2 | | your answer? |
| 3 | A | Yeah. |
| 4 | Q | So at the time that you were stopped, you were |
| 5 | | driving, correct? |
| 6 | A | (Through The Interpreter)  Yes. |
| 7 | Q | Did you drive to the gas station? |
| 8 | A | (Through The Interpreter)  No. |
| 9 | Q | After the--and I--forgive me.  I'm calling him a |
| 10 | | police officer.  But this was a sheriff's deputy |
| 11 | | that stopped you, is that correct? |
| 12 | A | (Through The Interpreter)  Well, it said sheriff. |
| 13 | Q | Yeah.  So it was someone working for the Alamance |
| 14 | | County Sheriff.  Yeah. I just wanted to make that |
| 15 | | clear for the record. |
| 16 | | Do you know why you were stopped by the |
| 17 | | deputy? |
| 18 | A | (Through The Interpreter)  Well, he told me that he |
| 19 | | stopped me, but that he wasn't going after me, that |
| 20 | | he was going after my partner, who was with me. |
| 21 | | Because he--okay.  Okay.  Well, that's what he told |
| 22 | | me, that the problem wasn't with me, but with my |
| 23 | | partner. |
| 24 | Q | Okay.  So you did know why you were stopped, is |

1          that correct?

2   A      (Through The Interpreter)  No.  He told me that.

3          The policeman told me that.

4   Q      Okay.  So at the time you were stopped, the officer

5          told you why you were stopped, is that--

6   A      (Through The Interpreter)  Yes.  I asked him why he

7          had stopped me.

8   Q      Okay.

9   A      (Through The Interpreter)  And he told me it wasn't

10         with me, that it was with my partner.  So I told

11         him if I was the one driving, why would it be with

12         him.

13  Q      Okay.  Your partner drove to the gas station?

14  A      (Through The Interpreter)  Yes.

15  Q      You were meeting there?

16  A      (Through The Interpreter)  Yes.  Because I was at

17         work.  He was going to come for me to my work.  But

18         a female friend was already taking me, so we

19         decided for him to wait at the gas station.

20  Q      Okay.  Do you have any idea how long he waited for

21         you at the gas station?

22  A      (Through The Interpreter)  Approximately two or

23         three minutes.

24  Q      Now, you call him your partner.

```
 1                Who was it that was with you in the car

 2        that day?

 3   A    (Through The Interpreter)  Jose Ramirez.

 4   Q    And when you call him your partner, is that--can

 5        you define what that is, please?

 6   A    (Through The Interpreter)  We live together.

 7   Q    Okay.  Do you remember testifying under oath on

 8        January 22nd, 2014, before the magistrate Judge

 9        Webb [sic] at the show cause hearing in Durham?

10   A    (Through The Interpreter)  Yes.

11   Q    And can you tell whether or not you testified at

12        that hearing that the deputy told you he'd seen Mr.

13        Ramirez driving hard?

14   A    (Through The Interpreter)  Yes.  I remember.  But I

15        said that the sheriff had said that he had thought

16        that he was driving hard.  And I--I asked him, "Why

17        didn't you stop him?"

18   Q    Okay.  When you got into the car with Mr. Ramirez,

19        did you notice that he had been drinking?

20   A    (Through The Interpreter)  No.  He got out of the

21        store of the gas station because he had bought a

22        soda or something like that.

23   Q    And so why did he not drive away from the gas

24        station instead of you?
```

```
 1   A        (Through The Interpreter)  Because I got in the

 2            car, and the car was on.  And I--I could--I could

 3            also do it.

 4   Q        So when you got to the gas station, Mr. Ramirez was

 5            in the gas station?

 6   A        (Through The Interpreter)  Yes.

 7   Q        And he'd left the car running?

 8   A        (Through The Interpreter)  Yes.  Because he's right

 9            in front.

10   Q        Okay.  And you had no idea that Mr. Ramirez was

11            intoxicated or had been drinking?

12   A        (Through The Interpreter)  He wasn't intoxicated.

13   Q        When the officer stopped you, how many officers

14            were there at that time?

15   A        (Through The Interpreter)  Only one.

16   Q        Did another officer join that one, or any other

17            officers come along?

18   A        (Through The Interpreter)  Another officer came.

19   Q        And how long was that later?

20   A        (Through The Interpreter)  I don't remember.  It

21            was I think around fifteen minutes.  I'm not sure.

22   Q        And did one officer then deal with you and another

23            with Mr. Ramirez, or did the same officer handle

24            both of you?
```

1   A    (Through The Interpreter)  The next one that

2          arrived was the one that dealt with me.

3   Q    And do you know the name of the officer that dealt

4          with you?

5   A    (Through The Interpreter)  I don't remember.

6   Q    Okay.  The officer that--that talked with you, did

7          he ask you for some sort of identification or

8          driver's license?

9   A    (Through The Interpreter)  Yes.  He asked for a

10         driver's license.

11   Q    And did you produce them?

12   A    (Through The Interpreter)  No.

13   Q    And why did you not produce it?

14   A    (Through The Interpreter)  Well, I asked him why he

15         was stopping me.  And because he didn't stop me,

16         and he--I didn't make any infraction.

17   Q    So at this point of the conversation who are you

18         talking to, which officer, the first officer or the

19         one who came alongside to deal with you later?

20   A    (Through The Interpreter)  With the second one.

21   Q    Okay.  So you argued with that deputy, is that

22         right?

23                 MR. SONGER:  Objection.

24   Q    I'll rephrase.

1            Can you tell me whether or not you argued

2       with the deputy?

3   A   (Through The Interpreter)  I didn't argue.

4   Q   But it is your testimony that you refused to

5       produce identification, is that correct?

6   A   (Through The Interpreter)  I--I only asked why he

7       was doing it.  I feel that--because the first

8       officer had told me that he didn't have any problem

9       with me.

10  Q   I understand that.  My question, however, is just

11      to clarify what you've already testified to.  I

12      want to make sure that I understand.

13            You did refuse to produce ID, is that

14      correct?  Is that your testimony?

15  A   (Through The Interpreter)  Well, I--I said, you

16      know, I asked why are they asking me for that,

17      because they are saying that they didn't have any

18      problem with me.

19  Q   I understand that.  I'm still looking for a yes or

20      no to my question, ma'am.

21            Did you or did you not refuse to give

22      your ID?

23  A   (Through The Interpreter)  He asked me if I had a

24      driver's license.  And I said yes.  And so I didn't

1    want to show it to him.

2 Q  So you did not, is that your testimony?

3 A  (Through The Interpreter) Yes. That's correct.

4 Q  Okay. Do you have a driver's license, ma'am?

5 A  (Through The Interpreter) No.

6 Q  Did you have one at the time you told the officer

7    you did?

8 A  (Through The Interpreter) No.

9 Q  So were you truthful or not with that officer at

10   that time?

11 A  (Through The Interpreter) Well, no.

12 Q  What was--what were you charged with?

13 A  (Through The Interpreter) My charge was driving--

14   driving without a license and resisting arrest,

15   which is not true.

16 Q  Have you ever read the definition of "resisting

17   arrest" or "resisting, obstructing or delaying"?

18 A  (Through The Interpreter) No. But--but the judge

19   withdrew the charges because he didn't came to

20   confirm that. He didn't come to confirm that.

21 Q  So the judge dismissed the charges against you?

22 A  (Through The Interpreter) Yes.

23 Q  Pursuant to your testimony that the judge dismissed

24   the charges, is it your testimony that you did not

1        have to plead guilty or not guilty to the charges?

2  A    (Through The Interpreter)  Correct.

3  Q    Are you aware that the court records reflect that

4        you plead guilty to no operator's license?

5  A    (Through The Interpreter)  Yes.  To not having a

6        driver's license, yes.  But not to resisting

7        arrest.

8  Q    And can you tell whether or not your agreement to

9        plead guilty to no operator's license was part of a

10       plea agreement with the district attorney?

11  A    (Through The Interpreter)  I'm not sure.

12  Q    So you don't know whether your--your plea agreement

13       was that you plead to no operator's license, and

14       the district attorney dismissed the resist and

15       obstruct and delay charge?

16  A    (Through The Interpreter)  I only know that the

17       policeman didn't appear in two of the occasions

18       that he should have helped to testify.

19  Q    Are you--do you understand that the police

20       officer--excuse me--the deputy sheriff did not have

21       to be present in order for the district attorney to

22       offer you a plea agreement?

23  A    (Through The Interpreter)  No.

24  Q    And are you aware that the judge actually did not

1        dismiss the charges?  Are you aware of that?

2  A     (Through The Interpreter)  No.

3           MS. TURRENTINE:  I'd like to mark as

4        Rosales Exhibit 1.

5          (DEPOSITION EXHIBIT NO. 1

6          MARKED FOR IDENTIFICATION)

7  Q     What I'm handing to you, Ms. Rosales, is the

8        original citation that you were given by the

9        officer.  The second page is the magistrate's order

10      which actually lists out probable cause for the

11      resisting charge.  The third page is the arrest

12      report.  The fourth page is the booking report.

13      And the last two pages are the court record detail

14      for those charges from July 24th, 2011.

15          Do you recognize the first two pages?

16  A    (Through The Interpreter)  Yes.

17  Q    So you recognize that the first one is the citation

18      you were given for no operator's license?

19  A    (Through The Interpreter)  Yes.

20  Q    And you recognize the second page as being that

21      charge of the resist, obstruct and delay?

22  A    (Through The Interpreter)  Uh-huh (yes).

23  Q    And this is a magistrate's order.  I'm just going

24      to read what it says right there.  And I want to

1    make sure that you know that that's what it says

2    since you say that you've seen it. "I, the

3    undersigned, find that the defendant named above

4    has been arrested without a warrant and the

5    defendant's detention is justified because there is

6    probable cause to believe that on or about the date

7    of offense shown and in the county named above the

8    defendant named above unlawfully and willfully did

9    resist, delay and obstruct Deputy T. Anthony, a

10    public officer holding the office of deputy, by

11    refusing to give identification to the deputy when

12    asked while she was stopped in a vehicle stop when

13    she was the driver. At that time, the officer was

14    discharging and attempting to discharge a duty of

15    his office, conducting a traffic stop."

16         Can you tell us whether that is the

17    document you were given when you were stopped and--

18    and charged?

19  A    (Through The Interpreter) When they stopped me,

20    they didn't give me any paper. So that's--that was

21    when I--when I got out of there, and when he told

22    me to get out of the car because he was going to

23    arrest me, I didn't.

24  Q    Where were you at the time--after the stop, where

1      were you at the time the first officer was talking

2      to you, before the second arrived?

3   A   (Through The Interpreter)  I was at the driver's

4      seat.

5   Q   Okay.  And you never got out of the car until the

6      second officer came to talk with you?

7   A   (Through The Interpreter)  Yes.

8   Q   Yes, you did get out of the car before then,

9      or--or--

10  A   (Through The Interpreter)  I got out when he said

11     to get out.

12  Q   The second officer?

13  A   (Through The Interpreter)  Yes.

14  Q   Okay.  Thank you.  You were arrested after you

15     refused to cooperate with the officer, is that

16     correct?

17          MR. SONGER:  Objection.

18  Q   Can you tell us whether you were arrested after you

19     refused to cooperate with the officer?

20  A   (Through The Interpreter)  Well, if he said that

21     I--to get out because he was going to arrest me, I

22     didn't.

23  Q   And what happened after you were arrested?

24  A   (Through The Interpreter)  They took us to jail.

| | | |
|---|---|---|
| 1 | Q | And at that time did you ever produce |
| 2 | | identification? |
| 3 | A | (Through The Interpreter)  I didn't have to present |
| 4 | | identification because the officers searched in my |
| 5 | | bag and they got the ID. |
| 6 | Q | Let me take you back to the first page of the |
| 7 | | exhibit.  If you will look to the left side.  And |
| 8 | | just for the record, that portion was not filled |
| 9 | | out when you first got this. |
| 10 | | But if you will notice, and if you--if |
| 11 | | you will read, to the left-hand side, the district |
| 12 | | attorney has initialed. |
| 13 | | Can you read those initials? |
| 14 | A | Uh-huh (yes). |
| 15 | Q | I'll need you to read them, please. |
| 16 | A | (Through The Interpreter)  This? |
| 17 | Q | The--the--this district attorney's initials. |
| 18 | A | (Through The Interpreter)  "N.T.M." |
| 19 | Q | Okay.  And next to that it reads, "Attorney for |
| 20 | | Defendant At The Time Of Trial Or Plea." |
| 21 | | Can you tell whether you--can you tell us |
| 22 | | whether you had an attorney? |
| 23 | A | (Through The Interpreter)  Yes. |
| 24 | Q | Did your attorney speak Spanish? |

1    A     (Through The Interpreter)  Yes.

2    Q     So he was--I'm sorry.  I'm assuming it's a he.

3            Your attorney was explaining the process

4        to you as it went along?

5    A     (Through The Interpreter)  When I went to court?

6    Q     Yes.

7    A     (Through The Interpreter)  Yes.  I don't remember

8        if it was somebody else there.

9    Q     So there may have been an interpreter, as well?

10   A     (Through The Interpreter)  No.  I can't remember.

11   Q     Okay.  What was the name of your attorney, please?

12   A     (Through The Interpreter)  It's Rossi.

13   Q     Okay.  But your--is that a man or a woman?  I'm

14       sorry.

15   A     (Through The Interpreter)  Man.

16   Q     Man.  Okay.  And Mr. Rossi, tell us whether he

17       speaks Spanish.

18   A     (Through The Interpreter)  Yes.

19   Q     So you would--you had someone there to explain what

20       was going on and to talk with you in Spanish so

21       that you would understand the proceedings?

22   A     (Through The Interpreter)  Uh-huh (yes).

23   Q     Did your attorney Mr. Rossi deal with the district

24       attorney on your behalf?

1  A      (Through The Interpreter)  Yes.

2  Q      And so Mr. Rossi, was he the one to help you come

3         to a plea agreement with the district attorney?

4  A      (Through The Interpreter)  I don't know.  I don't

5         remember.

6  Q      Did you talk to the district attorney?

7  A      (Through The Interpreter)  Yes.  But I have many

8         things in my head.

9  Q      Right below Mr. Rossi's name, over to the right--

10        excuse me--let's say to the left, there is a check

11        mark next to "Plea" for "guilty," slash,

12        "responsible."

13            Do you see that?  Do you see it?

14  A      (Through The Interpreter)  Uh-huh (yes).

15  Q      And then just over to the right of that it says

16        "Verdict" with an "X" mark, "NOL," slash, "PJC."

17  A      (Through The Interpreter)  What that means?

18  Q      The "NOL" means "No operator's license."  And it--

19        it's showing that you were pleading guilty to no

20        operator's license.  And the Court gave you a

21        prayer for judgment continued.

22            Do you remember that in court?

23  A      (Through The Interpreter)  I think so.

24  Q      Okay.

1    A    (Through The Interpreter)  I don't understand

2         exactly what--

3    Q    You're not understanding the paperwork?

4    A    (Through The Interpreter)  Yes.  Yes.  But--because

5         they gave me another court, or what?

6    Q    This is--this is what happened at the very end.

7              How many times did you go to court?

8    A    (Through The Interpreter)  Well, two times.

9    Q    Okay.  So this would--this is what would have

10        happened on the second time.

11             Do you remember talking to the judge at

12        all or the judge speaking with you?

13   A    (Through The Interpreter)  Yes.  Because he said

14        that--that he wanted me to come back with a

15        driver's license.  But he didn't say when.

16   Q    Okay.  So you didn't have a court date after that,

17        after the second time?

18   A    (Through The Interpreter)  No.

19   Q    Okay.  And your attorney, did he give you any

20        instructions at the end of that second time in

21        court?

22   A    (Through The Interpreter)  No.

23   Q    Okay.  Looking at the second page of the exhibit,

24        at the top it tells you this is the resisting

```
 1           public officer charge.

 2                    Do you see that?

 3   A     Uh-huh (yes).

 4   Q     I don't know if you can, but if you can, can you

 5         read the handwriting that's been placed right under

 6         it?

 7   A     (Through The Interpreter)  I don't understand the--

 8   Q     That top is a "VD."  But can you read the rest?

 9   A     (Through The Interpreter)  "Plea" or?

10   Q     Uh-huh (yes).

11   A     (Through The Interpreter)  "To underlying offense

12         of NOL."

13   Q     And over to the right, those are initials and a

14         date.

15                    Can you read the date?

16   A     (Through The Interpreter)  "9-13-11."

17   Q     Do you remember or do you know whether or not that

18         was your last court date for these charges?

19   A     (Through The Interpreter)  No.  I don't remember.

20   Q     Okay.  Having gone through the actual court record

21         detail, I want to refer you back to your court

22         testimony on January 22nd, 2014.

23                    At that time do you remember, just as you

24         said today, that the judge dismissed the charges
```

1    because the officer didn't show up?

2                    THE INTERPRETER:  May Interpreter have a

3    repetition of the question, please?

4                    MS. TURRENTINE:  Uh-huh (yes).  Uh-huh

5    (yes).

6  Q    At that time in January this year in court, just as

7    you've testified today, you stated that the judge

8    dismissed the charges because the officer didn't

9    show up.

10                   Do you remember that?  Is that correct?

11 A    (Through The Interpreter)  Yes.  That's--that's

12   what I thought.

13 Q    Okay.  Did you not have to pay some money before

14   your court matter went away?

15 A    (Through The Interpreter)  No.

16 Q    Okay.

17 A    (Through The Interpreter)  When the officer stopped

18   us, we had to pay a bond.  And even with a bond,

19   they didn't let us go.

20 Q    All right.  Well, we'll talk about that in a little

21   while.

22                   Let me give you what is marked as Rosales

23   Exhibit 2.

24                   (DEPOSITION EXHIBIT NO. 2

```
 1              MARKED FOR IDENTIFICATION)

 2    Q    Can you read the bold letters, the bold wording

 3         over on the right-hand top, please?

 4    A    "Defendant's Plea of Guilty or No Contest in

 5         District Court."

 6    Q    Okay.  And Ms. Rosales, if you look down in the

 7         middle of the first page, it says, "Terms Of Plea

 8         Agreement, if any."

 9              Do you see that?

10    A    Uh-huh (yes).

11    Q    And it says, "VD/RDO."

12              Do you know what that means?

13    A    (Through The Interpreter)  No.  Not exactly.

14    Q    It's as we discussed on the--on the first exhibit,

15         voluntary dismissal of the resist, delay and

16         obstruction charge.  This plea of guilty in

17         District Court has a signature in the middle of the

18         page.

19              Is that your signature?

20    A    (Through The Interpreter)  Yes.

21    Q    So--and then--I'm sorry.  Just below your name

22         where it says "Jessica Rosales," it shows it a "G"

23         for "guilty."

24              Do you see that?  And you're pleading to
```

1        the NOL?

2   A     (Through The Interpreter)  Yes.

3   Q     Okay.  And over on the right-hand side it shows

4        that the maximum punishment for that NOL is sixty

5        days.

6            Do you see that?

7   A     (Through The Interpreter)  Yes.

8   Q     So you signed a guilty plea, is that correct?

9   A     (Through The Interpreter)  Uh-huh (yes).

10   Q     And on the second page, can you tell me what this

11        is?  Do you know?  Do you recognize it?

12   A     (Through The Interpreter)  Was what I had to pay

13        after the court date.

14   Q     So am I to understand that you did pay something or

15        you didn't pay something?

16   A     (Through The Interpreter)  I had to pay, but I--I

17        didn't pay the court.  I paid after.

18   Q     Uh-huh (yes).  Okay.  And that was after you plead

19        guilty to something?

20   A     (Through The Interpreter)  Yes.

21   Q     So when you told Judge Webb on January 22nd that

22        your charges had all been dismissed, was that the

23        truth or is it the truth today that you're

24        testifying to having plead guilty to something?