# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| United States of America, | |
| Plaintiff; | |
| v. | No. 1:12-cv-1349 |
| Terry S. Johnson, in his official capacity as Alamance County Sheriff, | Judge Thomas D. Schroeder |
| Defendant. | |

MICHAEL SONGER, pursuant to 28 U.S.C. § 1746, makes the following declaration under penalty of perjury:

I. My name is Michael Songer. I am an attorney at the Civil Rights Division of the United States Department of Justice in Washington, DC. I am admitted to practice before the Court in this matter.

II. Attached as exhibits to the United States' Motion for Summary Judgment are true and correct copies of the following materials:

1. Excerpts from the deposition of Terry Johnson;

2. Excerpts from the deposition of Timothy Britt;

3. Memoranda of Agreement between the U.S. Department of Homeland Security and ACSO covering the period 2007-2012;

4. Excerpts from the deposition of Chris Crain;

5. Declaration of Adam Nicholson;

6. Excerpts from the deposition of Sheriff Harrison;

7. Excerpts from the deposition of Sheriff Jones;

8. Excerpts from the deposition of Sheriff Page;

9. Excerpts from the deposition of Roger Lloyd;

10. Excerpts from the deposition of Kenneth Evans;

11. Declaration of Steve Perry;

12. Declaration of Kenneth Evans;

13. Excerpts from the deposition of Jeffrey Randleman;

14. Excerpts from the deposition of Paul Crotts;

15. Email from Mario Wiley attaching "Border Patrol" video game, bates number 121291;

16. Excerpts from the deposition of Mario Wiley;

17. Email titled "profiling," bates number 115728-29;

18. Email titled "slow response," bates number 150194;

19. Excerpts from the deposition of Shelton Brown;

20. Email from Randy Jones, bates number 155436-37;

21. Email from Charlie Stewart titled "dumbest illegal immigrant," bates number 077065-66;

22. Email titled "Rules for Kicking Ass";

23. Excerpts from the deposition of Brian Allen;

24. Excerpts from the deposition of James Crabtree;

25. Excerpts from the deposition of David Cobb;

26. Excerpts from the deposition of Randy Denham;

27. Excerpts from the deposition of Steven Helms;

28. Excerpts from the deposition of Alan Miles;

29. Excerpts from the deposition of Jeffrey Snyder;

30. Excerpts from the deposition of Kurt Lankford;

31. Excerpts from the deposition of Jerry Williams;

32. Excerpts from the deposition of David Crowder;

33. Excerpts from the deposition of Jackie Fortner;

34. Excerpts from the deposition of Michael Hoover;

35. Excerpts from the deposition of Chris Lafferty;

36. Excerpts from the deposition of Brandon Wilkerson;

37. Excerpts from the deposition of Kim Wilson;

38. Excerpts from the deposition of Magistrate Susan Wortinger;

39. Excerpts from the deposition of Sheriff Welch;

40. Excerpts from the deposition of Sheriff Marshall;

41. Expert report of Dr. John Lamberth;

42. Expert rebuttal report of Dr. John Lamberth;

43. Excerpts from deposition of Dr. David Banks;

44. Expert report of Dr. John MacDonald;

45. Excerpts from report of Dr. David Banks;

46. Excerpts from the deposition of James Conklin;

47. Excerpts from the deposition of Arnold Husser;

48. Excerpts from the deposition of Jessica Rosales;

49. Excerpts from the deposition of Jose Luis Arzola;

50. Excerpts from the deposition of Yessenia Cruz Cruz;

51. Declaration of Miguel Salinas Cruz;

52. Declaration of Juan Carlos Reyes Montoya;

53. Excerpts from the deposition of Paula Crotts;

54. Excerpts from the deposition of Maria Noemy Gonzales;

55. Expert report of Sheriff Margo Frasier;

56. Excerpts from the deposition of Dr. Laura Roselle;

57. June 2010 Notice of Investigation from U.S. Department of Justice;

58. Excerpts from the deposition of Carlos Rossi;

59. Excerpts from the deposition of Sarah Keller;

60. Excerpts from the deposition of Mark Dockery;

61. Excerpts from deposition of Troy Anthony;

62. Dr. John MacDonald expert rebuttal report; and

63. Table of reasons for ACSO traffic stops prepared by Dr. John MacDonald.

DATED: March 3, 2014

*[signature: Michael J. Songer]*
_____

Michael J. Songer