# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff;<br><br>    v.<br><br>Terry Johnson, in his official capacity as Alamance County Sheriff,<br><br>                Defendant. | No. 12-cv-1349<br><br>UNITED STATES' MOTION FOR SUMMARY JUDGMENT |

# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:12CV 1394

---

UNITED STATES of AMERICA,

        *Plaintiff,*

v.

Terry S. Johnson, in his official capacity as
Alamance County Sheriff,

        *Defendant.*

---

Deposition

of

CHRISTOPHER ALLEN CRAIN

In Greensboro, North Carolina
Wednesday, August 25, 2013
98:59 a.m. - 11:51 a.m.

Reported by:
Margaret M. Powell, CVR-M

# ORIGINAL

```
 1      Q.    Did you tell him that the sheriff used
 2  to instruct you to go out and find the Mexicans?
 3      A.    Yeah.
 4      Q.    And did the sheriff used to tell you to
 5  go out and find the Mexicans?
 6      A.    One time, but that's not what he said.
 7  He said, "Go get me some Mexicans."
 8      Q.    Sheriff Johnson said, "Go get me some
 9  Mexicans"?
10      A.    Yes.
11      Q.    When did he say that?
12      A.    I don't remember.
13      Q.    Do you remember anything else about that
14  incident?
15      A.    I don't remember when it was.  It was
16  around the time we were having issues with one of the
17  Mexican gangs in particular.  I don't remember the
18  date.
19      Q.    What did you do in response to him
20  saying that?
21      A.    I conducted my investigation as normal.
22      Q.    Did you make any arrests as a result of
23  the investigation?
24      A.    I don't recall.  I don't even remember
25  what investigation it was.
```