IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff;<br><br>   v.<br><br>Terry Johnson, in his official capacity as Alamance County Sheriff,<br><br>              Defendant. | No. 12-cv-1349<br><br>UNITED STATES' MOTION FOR SUMMARY JUDGMENT |

# Exhibit 26

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

---

UNITED STATES OF AMERICA,

    Plaintiff,

v                                           No. 1:12-CV-1349

TERRY S. JOHNSON, IN HIS OFFICIAL
CAPACITY AS ALAMANCE COUNTY SHERIFF

    Defendant.

---

Deposition

of

RANDY E. DENHAM

In Greensboro, North Carolina

Tuesday, June 18, 2013

8:53 a.m.

**ORIGINAL**

Reported by:

Victoria L. Pittman, BA, CVR-CM-M
for Margaret Powell, CVR-M
Certified Verbatim Reporter
(919) 779-0322

1   you know, the A number, you know, the alien number, and
2   they wouldn't have that, you know. And a lot of times,
3   I mean, we would have access to that, we wouldn't know
4   it. It may be somebody that had been arrested and been
5   encountered by us previously, and they had been
6   released back on the street, and we would have access
7   to that information. So, you know, we would have -- we
8   could validate that and say, yes, this is without a
9   doubt this individual, because he's been off a prior
10  encounter.
11       Q   How long does it take to run someone's name?
12       A   Oh, it don't take no time. I mean, you know,
13  if you've got good information, you just type it in,
14  you know, if you get a hit.
15       Q   Okay. How do people at the Sheriff's Office
16  generally refer to Hispanics? What terms have you
17  heard?
18       A   All right. Like --
19       Q   I should say nothing you say will offend me
20  at all.
21       A   Well, let me clarify this question. All
22  right. How do you -- are you saying have I ever heard
23  slang terms? Refer to them in slang? Or have I -- are
24  you asking me have I heard them address that
25  individual?

1           Let me clarify this: I've never heard nobody
2  address an individual using a derogatory term. Okay?
3           Now, I have heard slang terms used. Okay?
4      Q    What slang terms have you heard used?
5      A    Wetback. Tonk. Those, primarily.
6      Q    Tonk?
7      A    Tonk, yeah.
8      Q    How do you spell that?
9      A    I don't know. I don't know. And that --
10 well, I don't know where that come from. I just heard
11 somebody come in and use that, and then that was the
12 way they referred them. I don't know where that term
13 generated, where it started.
14     Q    And that's a term used to refer to Hispanic
15 people?
16     A    It has been, yes.
17     Q    A term you consider derogatory?
18     A    Yeah, I would.
19     Q    What other slang terms have you heard?
20     A    Primarily those. That's about it. And I
21 haven't heard a lot of it, you know, but I have heard
22 it in -- people will be talking, you know, and they may
23 refer to a person as being a wetback or something like
24 that.
25     Q    What are the contexts in which you hear those