UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
File No. 1:12-CV-1349

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>TERRY S. JOHNSON, in his official )<br>capacity as Alamance County Sheriff, )<br>      Defendant. ) | MOTION TO EXCLUDE<br>TESTIMONY BY UNDISCLOSED<br>WITNESSES |

_____

NOW COMES the Defendant, Terry S. Johnson, pursuant to Fed. R. Civ. P. 37(c)(1), and moves the court to exclude the testimony of Blanca Nienhaus, Erik Meijia, and Roberto Cesar Garcia-Rico as none of the witnesses have been disclosed as required by Fed. R. Civ. P. 26(a)(1). The Plaintiff has also failed to include any contact information for Blanca Nienhaus or Erik Meijia as required by Fed. R. Civ. P. 26(a)(3)(A)(i).

This the 29th day of June, 2014.

Turrentine Law Firm, PLLC

by: /s/ Karlene S. Turrentine
Karlene S. Turrentine
N.C. Bar No. 25628
920-B Paverstone Dr.
Raleigh, NC 27615
Telephone:   (888) 308-3708
Fax:           (888) 308-3614
Email: kturrentine@turrentinelaw.com

<pre>
                              by: /s/ S. C. Kitchen
                              S. C. Kitchen
                              NC Bar No. 9309
                              920-B Paverstone Dr.
                              Raleigh, NC 27615
                              Telephone:   (888) 308-3708
                              Fax:         (888) 308-3614
                              Email: ckitchen@turrentinelaw.com
</pre>

CERTIFICATE OF SERVICE

    I, S. C. Kitchen, hereby certify that on June 26, 2014, I filed this document with the U.S. District Court's electronic Filing (ECF) system, which will serve a copy by email to counsel, and further that for counsel who are not listed in the ECF system, I served a copy of the foregoing document on the counsel in this action by placing the same in the United States Mail, postage affixed:

    Michael J. Songer
    U. S. Department of Justice
    950 Pennsylvania Ave., N.W.
    Washington, DC 20530
    Email: michael.songer@usdoj.gov

    C. Amanda Martin
    1101 Haynes Street, Suite 100
    Raleigh, North Carolina 27604-1455
    Email: amartin@smvt.com

    This the 29th day of June, 2014.

    Turrentine Law Firm, PLLC

    by: /s/ S. C. Kitchen
    S. C. Kitchen
    NC Bar No. 9309
    920-B Paverstone Dr.
    Raleigh, NC 27615
    Telephone: (888) 308-3708
    Fax: (888) 308-3614
    Email: ckitchen@turrentinelaw.com